# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
January 23, 2008

In re:

Jason Patrick Miller (other names used by debtor: Jason P Solutions Inc.)
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–1929
    Debtor.

Case Number: 07–10687 cab
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Douglas J. Wolinsky is discharged as trustee of the above named debtor and the bond is cancelled.

The case of the above named debtor is closed as of the date of this order.

Dated: January 23, 2008

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (800) 260–9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 – jre